

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00316-CV

**CRESTVIEW HEALTHCARE RESIDENCE, LTD,**

                                                              **Appellant**

 **v.**

**LAKRESHA HALL,**

                                                              **Appellee**

From the 170th District Court
McLennan County, Texas
Trial Court No. 2013-171-4

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in a December 13, 2013 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been received. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed January 16, 2014
[CV06]